**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Hlafo Boblil,

            Plaintiff(s),

vs.

Wilbert Bonilla, et al.,

            Defendant(s).

**2:24-cv-02268-GMN-MDC**

**ORDER DENYING STIPULATION**

      **IT IS ORDERED** that the *Joint Stipulated discovery Plan and Scheduling Order* (**ECF No. 10**) is **DENIED WITHOUT PREJUDICE**. The parties' statement concerning special scheduling review is vague and general. The parties need to provide a more developed statement regarding the alleged incident, plaintiff's alleged injuries and treatment (past or ongoing), a brief description of the anticipated experts, and number of anticipated depositions. Finally, per LR 26-1(b)(1), the period of discovery is measured from the date the first defendant answers or appears, not the initial case conference. The parties shall submit an amended stipulation by **March 7, 2025**, addressing the foregoing.

      DATED this 28th day of February 2025.

      IT IS SO ORDERED.

                                              _____

                                              Hon. Maximiliano D. Couvillier III

                                              United States Magistrate Judge