# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Hlafo Boblil,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>Wilbert Bonilla, et al.,<br><br>                    Defendant(s). | **2:24-cv-02268-GMN-MDC**<br><br>**ORDER DENYING STIPULATION** |

**IT IS ORDERED** that the parties' *Stipulation for Extension of Time* (ECF No. 20) is **DENIED WITHOUT PREJUDICE**. The parties may submit an amended stipulation that includes a statement specifying the discovery completed per LR 26-3(a) and please include all of the new deadlines in the proposed order.

DATED this 6th day of May 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge