KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
ASHLEY E. WALTERS, ESQ.
Nevada Bar No. 16338
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:  (702) 363-5100
Facsimile:  (702) 363-5101
E-mail: kwilson@messner.com
          awalters@messner.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HLAFO BOBLIL, individually;<br><br>Plaintiff,<br><br>v.<br><br>WILBERT BONILLA, individually; WAND TOPCO, INC.; CALIBER HOLDINGS, LLC dba CALIBER AUTO GLASS; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No.  2:24-cv-02268-GMN-MDC<br><br>**STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff HLAFO BOBIL and Defendants WILBERT BONILLA and CALIBER HOLDINGS, LLC d/b/a CALIBER AUTO GLASS, by and through their respective counsel of record, that Plaintiff's claims against Defendants are hereby DISMISSED, WITH PREJUDICE, the parties to bear their own fees and costs.

. . .

. . .

. . .

Dated this 16th day of December 2025.

MESSNER REEVES LLP

*(signature)*
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
kwilson@messner.com
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
702-363-5100 Telephone
*Attorneys for Defendants*

Dated this 16th day of December 2025.

DIMOPPOULOS INJURY LAW

*/s/ Scott Ulm*
SCOTT ULM, ESQ.
Nevada Bar No. 12652
su@stevedimopoulos.com
6671 S. Las Vegas Blvd., Suite 275
Las Vegas, Nevada 89119
702-800-6000 Telephone
*Attorneys for Plaintiff*

### ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE

IT IS HEREBY ORDERED THAT the claims asserted by Plaintiff HLAFO BOBIL against Defendants WILBERT BONILLA and CALIBER HOLDINGS, LLC d/b/a CALIBER AUTO GLASS, are hereby DISMISSED WITH PREJUDICE, the parties to bear their own fees and costs.

The Clerk of Court is kindly directed to close this case.

Dated this __16__ day of December, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Respectfully submitted by:

MESSNER REEVES LLP

*(signature)*
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
ASHLEY E. WALTERS, ESQ.
Nevada Bar No. 16338
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendants*

{08753456 / 1}   2

| | |
|---|---|
| **From:** | Scott Ulm |
| **To:** | Karie Wilson |
| **Cc:** | Arlene Vargas; Amanda Johnson |
| **Subject:** | RE: Hlafo Boblil |
| **Date:** | Tuesday, December 16, 2025 3:11:29 PM |
| **Attachments:** | image001.png |

**[ CAUTION: This Email is from an External Sender ]**

Absolutely.



Scott Ulm, Esq.
**DIMOPOULOS LAW FIRM**
P: (702) 800-6000
F: (702) 224-2114
400 S. 7th St., Suite 400
Las Vegas, NV 89101
WWW.STEVEDIMOPOULOS.COM

This e-mail communication is a confidential attorney-client communication intended only for the person named above. If you are not the person named above, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please e-mail the sender that you have received the communication in error.

**From:** Karie Wilson <KWilson@messner.com>
**Sent:** Tuesday, December 16, 2025 3:10 PM
**To:** Scott Ulm <su@stevedimopoulos.com>
**Cc:** Arlene Vargas <ac@stevedimopoulos.com>; Amanda Johnson <AJohnson@messner.com>
**Subject:** RE: Hlafo Boblil

Thanks, Scott. May we include your e-signature on the attached SAO to Dismiss?

**KARIE N. WILSON**
Managing Partner
**Messner Reeves LLP**
**O:** 702.363.5100 **E:** kwilson@messner.com
8945 W. Russell Road, Suite 300, Las Vegas, NV 89148

**From:** Scott Ulm <su@stevedimopoulos.com>
**Sent:** Tuesday, December 16, 2025 3:07 PM
**To:** Karie Wilson <KWilson@messner.com>